UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER FREEMAN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:19-CV-382-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 9, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,000.00 plus reimbursement of $400.00 in filing fees.

**This Judgment Filed and Entered on April 9, 2020, and Copies To:**
Christa A. McGill (via CM/ECF Notice of Electronic Filing
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

April 9, 2020            PETER A. MOORE, JR., CLERK

                           /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk